UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Civil Case Number: 3:19-cv-01628-RV-HTC**

| | |
|---|---|
| Robert Mays, Annie Reddick, Mark Deemer, Ron Duncan, Pamela Pyles Linkhart, Ronald Miller, Wayne Paris, Robert Shirley, Curtis Whitesel, Cindy Anderson, Paulette Craft, Christiane Francois, Maria Korolyzen, Richard Steven Lawrence, Frank Moncelli, Felix Ortiz, Gail and Barth Satuloff,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>First Choice Payment Solutions G.P. d/b/a Sekure Merchant Solutions,<br><br>　　　　　Defendant. | Civil Action No.:  3:19-cv-01628-RV-HTC |

**NOTICE OF SETTLEMENT**

　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Sergei Lemberg
　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By  /s/ Sergei Lemberg_____

             Sergei Lemberg